LAW OFFICES OF MARY ELLEN TERRANELLA
Mary Ellen Terranella - State Bar No. 99272
609 Jefferson Street, Suite G3
Fairfield, California 94533
(707) 428-1778
Facsimile (707) 446-6777

Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA
### Sacramento Division

In re　GABRIEL VILLAGOMEZ　　　)　　Case No. 19-25699-E-13C
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)　　Chapter 13
_____)

## ORDER CONFIRMING PLAN

Chapter 13 Plan filed on September 10, 2019 of the above-named debtor(s) has been transmitted to all creditors, and it has been determined after notice and opportunity for a hearing that the debtor(s)'s plan satisfies the requirements of 11 U.S.C. Section 1325.

Therefore, IT IS ORDERED that the plan is confirmed.

IT IS FURTHER ORDERED that:
1.　The debtor shall immediately notify, in writing, the Clerk of the United States Bankruptcy Court and the trustee of any change in the debtor's address;
2.　The debtor shall immediately notify the trustee in writing of any termination, reduction of, or other changes in the employment of the debtor; and
3.　The debtor shall appear in court whenever notified to do so by the court.

IT IS FURTHER ORDERED that the attorney fees for the debtor's attorney in the full amount of $4,000.00 are approved, $1,000.00 of which was paid prior to the filing of the petition. The balance of $3,000.00, provided that the attorney and debtor have complied with Local Bankruptcy Rule 2016-1(c), shall be paid by the trustee from plan payments at the rate specified in the confirmed plan.

RECEIVED
November 15, 2019
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0006625840

IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. Section 1323, the plan is amended as follows: N/A

*signature* 11-13-19
Approved by the Chapter 13 Trustee as to form

**Dated:** November 17, 2019

**By the Court**

*signature*
Ronald H. Sargis, Judge
United States Bankruptcy Court